Douglas F. Foley, WSBA #13119
e-mail: doug.foley@dougfoleylaw.com
Kevin M. Sampson, WSBA #24162
e-mail: kevin.sampson@dougfoleylaw.com
Alayna L. Nicholes, WSBA # 40993
e-mail: alayna.nicholes@dougfoleylaw.com
Foley Sampson & Nicholes, PLLC
13115 N.E. 4th Street, Suite 260
Vancouver, Washington 98684
Telephone: 360.883.0636
Facsimile: 360.944.6808
*Attorneys for Defendant*

THE HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RACHEL GRAYLESS,<br><br>        Plaintiff,<br><br>v.<br><br>ALLSTATE NSURANCE COMPANY, a foreign insurance company,<br><br>        Defendant. | Civil No.  3:21-cv-05492-RAJ<br><br>NOTICE OF CHANGE OF ADDRESS |

TO: CLERK OF THE COURT

AND TO:

      This serves as notice that attorney, Alayna L. Nicholes of Foley Sampson & Nicholes, PPLC, that future correspondence and pleadings should be sent to the following address:

      Alayna L. Nicholes
      Foley Sampson & Nicholes, PLLC
      13115 NE 4th Street, Suite 260
      Vancouver, WA 98684
      Telephone:  (360) 883-0636
      Fax:  (360) 944-6808
      E-mail:  alayna.nicholes@dougfoleylaw.com

DATED this 14th day of July, 2021.

                          FOLEY SAMPSON & NICHOLES, PLLC

                  By  /s/ ALAYNA L. NICHOLES
                     Alayna L. Nicholes, WSBA #40993
                     E-mail: alayna.nicholes@dougfoleylaw.com

                  By  /s/ DOUGLAS F. FOLEY
                     Douglas F. Foley, WSBA #13119
                     E-mail: doug.foley@dougfoleylaw.com

                  By  /s/ KEVIN M. SAMPSON
                     Kevin M. Sampson, WSBA #24162
                     E-mail: kevin.sampson@dougfoleylaw.com
                     *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify I caused the foregoing to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and on the parties listed below:

>Stephanie Bloomfield
>Robert C. Wilke, II
>Gordon Thomas Honeywell, LLP
>1201 Pacific Avenue, Suite 2100
>Tacoma, WA 98402-4314
>>*Of Attorneys for Plaintiffs*

DATED this 14th day of July, 2021.

>/s/ ALAYNA L. NICHOLES
>Douglas F. Foley, WSBA #13119
>Kevin M. Sampson, WSBA #24162
>Alayna L. Nicholes, WSBA # 40993

104/7080